IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BILL LIETZE,                    )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )     2:13cv849-MHT
                                )         (WO)
CITY OF MONTGOMERY, et al,      )
                                )
    Defendants.                 )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff (a frequent litigator in this court) filed this lawsuit alleging, among other things, that police improperly stopped and talked to him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss plaintiff's case should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of May, 2014.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE